IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KEVIN JONES**                                                                                        **PLAINTIFF**

V.                                       **4:11CV00889 JMM**

**MARK FROST, GARY DUNN,**
**and JAMES BACON**                                                                        **DEFENDANTS**

## ORDER GRANTING MOTION TO QUASH

Adam Franks, former reporter for the Russellville Courier, asks the Court to quash a Subpoena served upon him by the Plaintiff. Plaintiff has responded to the Motion and Mr. Franks has replied.

After review of the pleadings, the Court finds that the Motion to Quash should be granted at this time. Plaintiff acknowledges that Mr. Franks' deposition follows ten other depositions scheduled in this case. Plaintiff states that he is deposing the other sources "prior to pursuing Franks in an effort to reasonably obtain information relevant to significant issues." The Court finds it that it will be more prudent in this particular case for Plaintiff to conduct these depositions and to subsequently move the Court for leave to depose Mr. Franks if "information relevant to significant issues" cannot be obtained from any other source.

The Motion to Quash (ECF No. 35) is DENIED. The Motion for Leave to File a Reply (ECF No. 41) is GRANTED.

IT IS SO ORDERED this 18th day of June, 2012.

_James M. Moody_
United States District Judge